# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF285
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41090 | $17,468.50 | 8/5/2024 | INV-PFI-01259 | 6/18/2024 | $17,468.50 |
| | 41177 | $17,468.50 | 8/5/2024 | INV-PFI-01267 | 6/24/2024 | $17,468.50 |
| | 41292 | $17,468.50 | 8/5/2024 | INV-PFI-01290 | 6/28/2024 | $17,468.50 |
| | 41251 | $17,468.50 | 8/5/2024 | INV-PFI-01289 | 6/28/2024 | $17,468.50 |
| **Total Transfers** | **4** | **$69,874.00** | | | | **$69,874.00** |